# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY., <br><br>Plaintiff, <br><br>v. <br><br>CHARLES RICHMILLER JR. & SONS, INC., HARVEY HENSON and KRISTY HENSON, <br><br>Defendants. | Case No.: 1:25-cv-01122 <br> Honorable Judge Jonathan E Hawley |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Crum and Forster Specialty Insurance Company, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice, with each party to bear their own fees and costs.

Dated: June 9, 2025

Respectfully Submitted,

By: */s/ James J. Hickey*
James J. Hickey, Atty. No. 6198334
James.Hickey@kennedyslaw.com
KENNEDYS CMK
30 S. Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5029
Fax: (312) 207-2110
*Attorneys for Crum and Forster Specialty Insurance Company*

## CERTIFICATE OF SERVICE

     I, Tammy McCann, a non-attorney, hereby certify that I electronically filed the <u>above-mentioned document</u> with the Clerk of the Northern District of Illinois using the CM/ECF system. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of the above document on <u>June 9, 2025</u>.

                                                  <u>/s/ Tammy McCann</u>

**Kennedys Law**
**30 South Wacker Drive**
**Suite 3650**
**Chicago, Illinois 60606**